**FILED** 

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

J.N  NOV X 5 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07CR 727 |
| v. | ) | |
| NAKIA BECK | ) | Violation: Title 18 United States Code, Section 1701 |

**COUNT ONE**    MAGISTRATE JUDGE BROWN

The UNITED STATES ATTORNEY charges:

On or about February 13, 2007, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division,

NAKIA BECK,

defendant herein, did knowingly and willfully obstruct and retard the passage of the mail, namely, at least 593 pieces of mail addressed to various postal customers on a postal route in the Auburn Park neighborhood of Chicago;

In violation of Title 18, United States Code, Section 1701.

## COUNT TWO

The UNITED STATES ATTORNEY further charges:

On or about February 17, 2007, at Calumet City, in the Northern District of Illinois, Eastern Division,

NAKIA BECK,

defendant herein, did knowingly and willfully obstruct and retard the passage of the mail, namely, at least 1454 pieces of mail addressed to various postal customers on a postal route in the Auburn Park neighborhood of Chicago;

In violation of Title 18, United States Code, Section 1701.

_____
UNITED STATES ATTORNEY