# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 727 | **DATE** | 11/15/2007 |
| **CASE TITLE** | USA vs. Beck | | |

**DOCKET ENTRY TEXT**

Case called for initial appearance and arraignment. Defendant Nakia Beck does not appear. Initial appearance and arraignment continued to 12/06/07 at 8:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|