IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 727 |
| | ) | |
| NAKIA BECK | ) | Judge Geraldine Soat Brown |
| | ) | |

**GOVERNMENT'S MOTION FOR ISSUANCE OF BENCH WARRANT**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves the Court, pursuant to 18 U.S.C. § 3041, for issuance of a bench warrant for the arrest of defendant Nakia Beck.

(1)   On November 5, 2007, Nakia Beck was charged by information with two misdemeanor counts of delaying the United States Mail in violation of Title 18, United States Code, Section 1701.

(2)   This Court scheduled an arraignment for November 15, 2007. Defendant did not appear at the arraignment, however, her attorney, Thomas Leinenweber, did appear. Mr. Leinenweber stated that he had unsuccessfully attempted to reach defendant by phone, and that he had sent her a letter notifying her that she had been charged. The arraignment was continued to December 6, 2007 at 8:30 a.m. Mr. Leinenweber agreed to contact defendant in an effort to procure her appearance on that date.

(3)   On November 29, 2007, Mr. Leinenweber informed the government that the letter he sent to defendant was returned as undeliverable, and he states that he has exhausted all means available to him to locate the defendant to apprise her of the charges.

(4)  Given that defense counsel is unable to procure defendant's appearance in court, the government respectfully requests this Court to issue an arrest warrant for the defendant.

## CONCLUSION

For the foregoing reasons, the government requests that this Court grant the Government's Motion for Issuance of a Bench Warrant.

                                                Respectfully submitted,

                                                PATRICK J. FITZGERALD
                                                United States Attorney

By:  _____
       SHARON R. FAIRLEY
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-0951

DATE: December 5, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 727 |
| | ) | |
| NAKIA BECK | ) | Judge Geraldine Soat Brown |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5 and the General Order on Electronic Case Filing (ECF), the **Government's Motion for Issuance of a Bench Warrant**, was served pursuant to the district court's ECF system as to ECF filers, and that such filing will give notice to all parties.

By: /s/ Sharon R. Fairley
SHARON R. FAIRLEY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 353-0951