Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 727 | **DATE** | 12/12/2007 |
| **CASE TITLE** | USA vs. Nakia Beck | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Government's motion for issuance of bench warrant [6] is granted. Enter Order for Issuance of Bench Warrant. /s/ Geraldine Soat Brown

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:05 oah

| | Courtroom Deputy Initials: | NTF |
|---|---|---|