UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JH

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 727 |
| v. ) | Magistrate Judge Geraldine Soat Brown |
| ) | |
| NAKIA BECK ) | |

### ORDER FOR ISSUANCE OF BENCH WARRANT

THIS CAUSE coming on to be heard upon the government's motion for issuance of a bench warrant, and this Court having heard argument on this matter, the Court hereby finds:

1. On November 5, 2007, Nakia Beck was charged by information with two misdemeanor counts of delaying the United States Mail in violation of Title 18, United States Code, Section 1701.

2. This Court scheduled an arraignment for November 15, 2007. Defendant did not appear at the arraignment, however, her attorney, Thomas Leinenweber, did appear. Mr. Leinenweber stated that he had unsuccessfully attempted to reach defendant by phone, and that he had sent her a letter notifying her that she had been charged. The arraignment was continued to December 6, 2007 at 8:30 a.m. Mr. Leinenweber agreed to contact defendant in an effort to procure her appearance on that date.

3. On November 29, 2007, Mr. Leinenweber informed the government that the letter he sent to defendant was returned as undeliverable, and stated that he had exhausted all means available to him to locate the defendant to apprise her of the charges and the need for her to appear. On December 5, 2007, the government filed a motion for issuance of a bench warrant.

4. Based on the aforementioned facts, this Court finds that defendant's attorney is unable to locate defendant to secure her appearance before this Court as required.

IT IS HEREBY ORDERED, that the United States Marshal or any authorized United States Officer is hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the information charging her with delay of the United States Mail in violation of Title 18, United States Code, Section 1701.

ENTER:

*Geraldine Soat Brown*
Geraldine Soat Brown
United States Magistrate Judge

Dated: December 12, 2007