# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 727 | **DATE** | 1/3/2008 |
| **CASE TITLE** | USA vs. Nakia Beck | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Nakia Beck appears in response to arrest on 01/03/08. Government and defendant agree on certain conditions of release. Enter Order Setting Conditions of Release. Defendant shall be released after processing. Arraignment set for 01/11/08 at 3:00 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:35

| | Courtroom Deputy Initials: | NTF |
|---|---|---|