AO 442 (Rev. 6/97) Warrant for Arrest

## United States District Court
### Northern District of Illinois
### Eastern Division

United States of America             **WARRANT FOR ARREST**

v.

Nakia Beck             Case Number: 07 cr 727-1

FILED JAN 04 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

To:    The United States Marshal
        And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Nakia Beck** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

     Indictment     Information     Complaint     X Order of court     Violation Notice
Probation      Violation Petition

charging him or her with:    **Rule to show cause for failure to appear**
                                      (See Attachment)

in violation of Title United States Code, Section(s)

Yvette Pearson Issuing Officer             U.S. Deputy Clerk

Signature of Issuing Officer             December 17, 2007; Chicago

Bail fixed at $

                                       , Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| 1/3/07 | | Frank E. Kivchten |
| Date of Arrest | | |