## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 727 | **DATE** | 1/11/2008 |
| **CASE TITLE** | USA vs. Nakia Beck | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant consents to the jurisdiction of the magistrate judge and waives trial before the District Judge. Thomas Leinenweber of the Federal Defender Panel is appointed as counsel for defendant for the arraignment proceedings only. Defendant waives formal reading of Information. Defendant enters a plea of not guilty to all counts in the Information. Rule 16.1(A) conference to be held by 01/18/08. Status hearing set for 2/07/08 at 9:15 a.m. On the Government's motion and the defendant not objecting, time is excluded pursuant to 18 U.S.C. § 3161(h)(1) and *U.S. v. Tibboel*, 753 F.2d 608 (7th Cir. 1985.) (X-T). Government and defendant's counsel waives the presence of the defendant at the next status hearing By agreement of the parties the conditions of release are amended. Enter Order Setting Amended Conditions of Release.

■ [ For further detail see separate order(s).]    *Geraldine Soat Brown*    Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | NTF |
|---|---|---|