# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 727 | **DATE** | 2/6/2008 |
| **CASE TITLE** | USA vs. Nakia Beck | | |

**DOCKET ENTRY TEXT**

At the defendant's request, status hearing set for 02/07/08 is sticken and reset to 02/14/08 at 9:15 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|