## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 727 | **DATE** | 4/03/2008 |
| **CASE TITLE** | USA vs. Nakia Beck | | |

**DOCKET ENTRY TEXT**

Status hearing held. Change of plea hearing held. Defendant Nakia Beck enters a plea of guilty to the information. The court accepts the defendant's plea of guilty. Any objections or motions to the pre-sentence report shall be filed by 5/29/08. Sentencing set for 6/12/2008 at 10:30 AM.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | NTF |
|---|---|---|