## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 727 | **DATE** | 5/29/2008 |
| **CASE TITLE** | USA vs. Nakia Beck | | |

**DOCKET ENTRY TEXT**

Status hearing held. Sentencing previously set for 06/12/08 is stricken and reset to 07/17/08 at 10:30 a.m. Any objections or motions to the pre-sentence report shall be filed by 07/02/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|