## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 727 | **DATE** | 7/22/2008 |
| **CASE TITLE** | USA vs. Nakia Beck | | |

**DOCKET ENTRY TEXT**

Sentencing hearing held.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | NTF |
|---|---|---|